Ernest Robinson, Petitioner *v.* Commonwealth of Pennsylvania, Department of Justice and Bureau of Corrections of Pennsylvania and D. E. Knoll, Records Officer for Bureau of Corrections of the State Correctional Institution at Graterford, Pennsylvania, Respondents.

(See 37 Pa. Commonwealth Ct. 500)

### SUPPLEMENTAL ORDER

AND Now, this 17th day of August, 1979, Petitioner, Ernest Robinson, having failed to request a due process hearing pursuant to our order of September 12, 1978, the motion for summary judgment of the Department of Justice and Bureau of Corrections of Pennsylvania is hereby granted.